■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBUR SIVELS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lodato, J.), rendered June 17, 1980, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The defendant's failure to raise his objection to the adequacy of the plea allocution before the court of first instance precludes the preservation of his claim for appellate review (see *People v Pellegrino,* 60 NY2d 636; *People v Pascale,* 48 NY2d 997; *People v Santiago,* 100 AD2d 857; *People v McKenzie,* 88 AD2d 646), and reversal would not be warranted in the interest of justice (*People v Fernandez,* 91 AD2d 1073). Boyers, J. P., Rubin, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUDELIZ V. SOTO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Schneier, J.), rendered November 23, 1982, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's claim with respect to the failure of the trial court to charge justification has not been preserved for appellate review and, in any event, under the facts of this case such a charge was not warranted.

Defendant's guilt has been established beyond a reasonable doubt. Boyers, J. P., Rubin, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANN STERNER, Appellant. — Judgment of the Supreme Court, Queens County (Agresta, J.), rendered June 30, 1981, affirmed (*People v Donovan,* 59 NY2d 834; *People v Brown,* 45 NY2d 852, 853-854). Mollen, P. J., Titone, Bracken and Rubin, JJ., concur.